**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**TIMOTHY WRIGHT,** **CASE NO. 7:15-CV-85**

**Plaintiff,**

**vs.**

**CHRIS PRINE in his official capacity as**
**SHERIFF, LOWNDES COUNTY, GEORGIA,**
**JIMMY ROYALS, individually, and**
**DANNY CROFT, individually,**

**Defendants.**
**_______________________________________/**

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

The undersigned counsel, with the express and gracious consent of counsel for Defendants, respectfully requests an order permitting the undersigned and his law firm to withdraw as counsel. The undersigned has given fourteen days' notice to Plaintiff, by both regular mail and certified mail ton August 31, 2015 to both addresses used by Plaintiff. Further the undersigned provided additional supplementary notice by text message to Plaintiff on September 8 and September 9, 2015, which Plaintiff received and to which he responded. The undersigned advises that, following the filing of this action, counsel for Defendant, James L. Elliott, provided the undersigned with documents that led the undersigned to believe that, absent consent to dismiss from Plaintiff (which consent has not

been provided), the undersigned could no longer proceed in the case. Mr. Elliott has kindly consented to withdrawal of counsel for Plaintiff.

The undersigned is simultaneously filing in this action the notice required by Local Rule 83.1.4 pertinent to the obligations and consequences to Plaintiff himself following the undersigned's withdrawal, if this Court so permits.

WHEREFORE, the undersigned respectfully requests that this Court enter an order discharging the undersigned from all further obligations of counsel.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A TRUE COPY of the foregoing has been served by electronic service only this 16th day of September 2015 to: James L. Elliott, Elliott, Blackburn & Gooding, PC, 3016 N. Patterson St., Valdosta, GA 31602.

Respectfully submitted,

/s/ James Garrity
James Garrity (GBN 121837)
MARIE A. MATTOX, P. A.
310 East Bradford Road
Tallahassee, FL 32303
Telephone: (850) 383-4800
Facsimile: (850) 383-4801

ATTORNEYS FOR PLAINTIFF